IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONEWEST BANK, FSB, as purchaser of certain assets of First Federal Bank of California from the Federal Deposit Insurance Corporation, Acting as Receiver,<br><br>Plaintiff,<br><br>v.<br><br>TONY PEREZ and MARIA PEREZ,<br><br>Defendants.<br>_____ / | No. C 11-01376 WHA<br><br>**ORDER GRANTING DEFENDANTS' APPLICATIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

For good cause shown, defendants' applications for leave to proceed in forma pauperis (Dkt. Nos. 2–3) are **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE