IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK, FSB, as purchaser of certain assets of First Federal Bank of California from the Federal Deposit Insurance Corporation, Acting as Receiver,

    Plaintiff,

  v.

TONY PEREZ and MARIA PEREZ,

    Defendants.
                                  /

No. C 11-01376 WHA

**ORDER DENYING PLAINTIFF'S APPLICATION TO SHORTEN TIME ON MOTION TO REMAND**

      Plaintiff is moving to remand. Plaintiff noticed a hearing for July 21, but concurrently filed an *ex parte* application to shorten time on the motion to remand. That application is **DENIED**. Defendants are *pro se* and they already have a deadline for filing their opposition brief of June 24, pursuant to the local rules. The motion will be decided promptly enough.

      On the other hand, this order serves as further notice to defendants that they *must* respond by the deadline of June 24 to the motion to remand.

**IT IS SO ORDERED.**

Dated: June 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE